ELLIOT CONN (SBN 279920)
COLIN HECTOR (SBN 281795)
CONN LAW, PC
100 Bush Street, Ste 1580
San Francisco, CA 94104
Tel: 415-417-2780
elliot@connlawpc.com
colin@connlawpc.com

Attorneys for Plaintiff Corinne Beth Levin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CORINNE BETH LEVIN<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 26-cv-05632-LB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT′S MOTION TO DISMISS** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to L.R. 7-12, the undersigned counsel of record for Plaintiff Corinne Beth Levin and Defendant Bank of America, N.A. (collectively, "Parties") submit this stipulation requesting that the Court extend the deadlines for Plaintiff's response and Defendant's reply to Defendant's pending Motion to Dismiss Plaintiff's Complaint (ECF No. 7). The Parties stipulate as follows:

1. Defendant filed a motion to dismiss this action on June 17, 2026. The same day, the Court set a scheduling order with Plaintiff's response due July 1, 2026, and Defendant's reply due July 8, 2026.

2. The Parties believe that there is good cause for extending the briefing schedule, to allow the Parties to fully address the issues raised by Defendant's motion and in light of Plaintiff's counsel having pre-scheduled familial plans.

3. The Parties respectfully ask the Court to extend the deadlines for the response and reply concerning Defendant's Motion to Dismiss Plaintiff's Complaint.

4. Subject to the Court's approval, the Parties stipulate and agree as follows:

   a. Plaintiff's response to file a response to Defendant's Motion to Dismiss Plaintiff's Complaint shall be due July 22, 2026;

   b. Defendant's reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint shall be due August 12, 2026; and

   c. The motion shall be heard on August 27, 2026 at 9:30 a.m., or another date convenient to the Court.

IT IS SO STIPULATED

Dated: June 24, 2026                                    **CONN LAW, PC**


By: _/s/ Colin Hector_
Elliot Conn
Colin Hector[*]
Attorneys for Plaintiff
CORINNE BETH LEVIN


[*] Pursuant to L.R. 5-1(i)(3), I attest that each of the other Signatories have concurred in the filing of this document.

Dated: June 24, 2026        **STINSON LLP**

By:   /s/ *Benjamin J. Howard*

Austin B. Kenney
Benjamin J. Howard
Attorneys for Defendant
BANK OF AMERICA, N.A.

STIP TO EXTEND BRIEFING ON DEF'S MOT. TO DISMISS

**~~PROPOSED~~ ORDER**

Pursuant to the above Stipulation, Plaintiff's response and Defendant's reply deadlines concerning Defendant's pending Motion to Dismiss Plaintiff's Complaint (ECF No. 7) are hereby extended as follows:

    a. Plaintiff's response to file a response to Defendant's Motion to Dismiss Plaintiff's Complaint shall be due July 22, 2026;

    b. Defendant's reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint shall be due August 12, 2026;

Defendant's motion shall be heard on August 27, 2026 at 9:30 a.m. in San Francisco, Courtroom B, 15th Floor.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____June 25_____, 2026

_____
HON. LAUREL BEELER
United States Magistrate Judge